**ARLIN BURTON, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

April 19, 1946.

Ralph Hurt, George Bertram and Fred Faulkner for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Movant was convicted in the Taylor circuit court of transporting and having in his possession intoxicating liquor in Taylor County, for the purpose of sale, and was fined $75 and confinement in the county jail for 45 days. His motion for appeal is denied and the judgment is affirmed.